| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** May 25, 2022 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 12:15 p.m. |
| | **END:** 12:30 p.m. |

**DOCKET NO:** 22-cv-1613 (RLM)

**CASE:** Tapia v. E.R.Butler & Co, Inc. et al.

| | |
|---|---|
| ☐ INITIAL CONFERENCE | X *CHEEKS* HEARING |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| ☐ MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFF**                                                              **ATTORNEY**

| | |
|---|---|
| | David Harrison |
| | |

**DEFENDANTS**                                           **ATTORNEY**

| | |
|---|---|
| | Vincent E. Bauer |
| | |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:**_____ **DEF. TO SERVE PL. BY:**_____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing. For the reasons stated on the record, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties. The [12], [13] joint motions for settlement approval are granted, in light of the revisions to the agreement (DE #13) and a further revision agreed to by the parties on-the-record, striking the following language in section 3(a) of the settlement agreement: "and will not do so at any time in the future." The parties' Stipulation of Dismissal is due by May 27, 2022.